IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL LUCKE, *on behalf of himself and all others similarly situated*,

   Plaintiff,

v.

PPG INDUSTRIES, INC.,

   Defendant.

Civil Action No.
2:13-cv-00966-AJS

## ORDER ON PLAINTIFF'S MOTION TO REOPEN THE OPT-IN PERIOD [And defendant's opposition thereto]

Upon Consideration of Plaintiff's Motion to Reopen the Opt-in Period, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Motion is **GRANTED**. It is further

ORDERED that Defendant shall submit to Plaintiff a list with updated and current addresses of the potential class members ~~on or before March 28, 2014~~. Plaintiff must send the new notices using both regular and certified U.S. Mail ~~within five days of the date the addresses are provided by PPG~~ on or before April 4, 2014. The opt-in period will close ~~forty-five (45) days from the date~~ the new notices are mailed on or before May 20, 2014.

_____
Honorable Arthur J. Schwab
United States District Court Judge

March 20, 2014

4809438