IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____ )
_____ )
_____ )
         Plaintiff(s)   )
v.   )  Civil Action No. _____
_____ )
_____ )
_____ )
         Defendant(s)   )

**REPORT OF NEUTRAL**

A _____ session was held in the above captioned matter _____

The case (please check one):
    _____ has resolved
    _____ has resolved in part (see below)
    _____ has not resolved.

A follow up session, if applicable:
_____ is scheduled for date _____
_____ will be held with the neutral within _____ days
_____ parties agree that a follow up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____


Dated: _____         _____
                                                        Signature of Neutral

Rev.03/09